# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MOLL INDUSTRIES, INC., | § | CASE NO. 02-54341-K |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## NOTICE OF PLAN EFFECTIVENESS

You are hereby notified that on June 24, 2003 all conditions precedent to the effectiveness of the Plan provided for in Paragraph 7.2 of the Debtor's First Amended Plan of Reorganization ("Plan") have been satisfied. Accordingly, June 24, 2003 is established as the "Effective Date" for all purposes under the Debtor's Plan.

Respectfully submitted this the 24th day of June, 2003.

> OPPENHEIMER, BLEND,
> HARRISON & TATE, INC.
> 711 Navarro, Sixth Floor
> San Antonio, Texas 78205
> Telephone: (210) 224-2000
> Facsimile: (210) 224-7540
>
>
> By: */s/ Raymond W. Battaglia*
> Raymond W. Battaglia
> Texas State Bar No. 01918055
>
> ATTORNEYS FOR MOLL INDUSTRIES, INC.

316547.1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing document by First Class mail, postage prepaid, on this the 24th day of June, 2003 addressed to all parties listed on the Limited Service List.

        */s/ Raymond W. Battaglia*
        RAYMOND W. BATTAGLIA

**Moll Industries, Inc.
Mailing Matrix
Case No. 02-54341-K**

United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

Foothill Capital Corporation
Attn: Joseph Massaroni
1000 Abernathy Rd., Suite 1450
Atlanta, GA 30328

Highland Crusader Offshore Partners LP
c/o Mr. Wesley Olfers
Two Galleria Tower, Suite 1300
13455 Noel Road
Dallas, TX 75240

Whirlpool Corp.
Attn: Debra Clawson, Senior Counsel
Law Department MD 2200
2000 M-63
Benton Harbor, MI 49022

Claude I. Kyker
5815 Hiawatha
Morristown, TN 37814

Robert T. Parkey
8880 Oldham Way
West Palm Beach, FL 33412

Phyllis Best
189 Kimberly Court
Walla Walla, WA 99362

Robert J. Epley
1001 Westmoreland Blvd.
Knoxville, TN 37919

Lloyd A. Etter
536 Windridge Lane
Morristown, TN 37814

Moll Industries, Inc.
Attn: William W. Teeple
2100 S.W. 71st Terrace
Davie, FL 33317

Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2891

Jess Austin
Paul Hastings Janofsky & Walker LLP
Suite 2400
600 Peachtree Street, N.E.
Atlanta, GA 30308

James Morgan
Morgan Stanley Senior Funding, Inc.
1633 Broadway, 26th Floor
New York, NY 10019

John J. Nugent
129 Blanchette Drive
Marlboro, MA 01752

GE Polymerland, Inc.
Attn: Val Venable
9930 Kincey Ave.
Huntersville, NC 28078

Francis H. Olmstead, Jr.
7328 Misty Meadow Place
Knoxville, TN 37919

Polyone Distribution
DEPT. CH14046
Palatine, IL 60055-4046

Geoffrey DeRohan
7320 Parliament Drive
Knoxville, TN 37919

Philips
HIGHTECH CAMPUS VIENNA/PSS
Gutheil-Schoder Gasse 10
Vienna, **AUSTRIA A-1102**

Raymond W. Battaglia
Oppenheimer, Blend,
Harrison & Tate, Inc.
711 Navarro, Sixth Floor
San Antonio, TX 78205

Michael R. D'Appolonia
Nightingale & Associates, LLC
Soundview Plaza
1266 East Main Street
Stamford, CT 06902

Highland Capital Management LP
PamCo Cayman Ltd.
Highland Legacy Limited
Highland Loan Funding V Ltd.
California Public Employees' Retirement
System CBO IV (Cayman) Ltd.

Lenard Parkins, Esq.
Haynes and Boone, LLP
1000 Louisiana St., Suite 4300
Houston, TX 77002

Dr. Wolfgang Kohler
Muhlenweg 3
59555 Lippstadt
**GERMANY**

Staffmark, Inc.
P.O. Box 957849
St. Louis, MO 63195-7870

Asyst Technologies, Inc.
48761 Kato Road
Fremont, CA 94538

RTP CO
P.O. Box 86
SDS-12-1939
Minneapolis, MN 55486-1939

Terrance O. Jones
279 County Farm Rd.
Jonesbourough, TN 37659

Reliance Insurance Co.
Three Parkway
Philadelphia, PA 19102-1376

Huntsman Corp.
P.O. Box 371190
Pittsburgh, PA 15251-7190

DSM Engineering Plastics, Inc.
135 S. LaSalle
Dept. 4094
Chicago, IL 60674-4094

Diamond Tool & Die Co.
Attn: John J. Baker
404 Winston Avenue
Dayton, OH 45403

RTP Co.
Attn: Brian Evenson
P.O. Box 5439
Winona, MN 55987

The London Manhattan Co.
Attn: Ron Giguere
693 Ocean Avenue
Portland, ME 04103

Uniplas Enterprises Pte. Ltd.
c/o Uniplas Corporation
235 Hunt Club Blvd., Suite 201
Longwood, FL 32779

Graphic Applications, Inc.
977 Mount Read Blvd.
Rochester, NY 14606

E.I. Dupont
P.O. Box 905552
Charlotte, NC 28290-5552

William R. Cavalari
32 Moreland Ave.
Oakville, CT 06779

Vincent M. Pignatelli
Techpack America
1350 Technology Way
Morristown, TN 37813

Christler Chemical & Plastics, Inc.
30150 S.W. Parkway Avenue
Wilsonville, OR 97070

Thermedics Polymers Products
Dept. CH10691
Palatine, IL 60055-0691

Daltek, Inc.
Attn: Phil Raisin, President
1030 Vista Drive
Dalton, GA 30721

Pro-Stainless, Inc.
333 East Brokaw
San Jose, CA 95112

Bill Spurling Properties
3201 N. Green River Road
Evansville, IN 47715

Duke Weeks Realty L.P.
75 Remittance Dr., Suite 3205
Chicago, IL 10041

Freeborn I, L.P.
P.O. Box 680475
San Antonio, TX 78268

GE Capital Business
Asset Funding
P.O. Box 402363
Atlanta, GA 30374-0317

Legg Mason Real Estate Services
P.O. Box 281979
Atlanta, GA 30384-1979

Sealy Alamo Buildings LP
P.O. Box 972935
Dallas, TX 75290-1152

Scalemen of Florida, Inc.
3650 Hacienda Blvd., Suite A
Davie, Fl 33314-2821

Conseco Capital Management, Inc.
Attn: Greg Sekita
11825 N. Pennsylvania Street
Carmel, IN 46032

~~Regiment Capital Advisors, LLC~~
~~Norse CBO Ltd.~~
~~Attn: Bill Heffron~~
~~70 Federal St., 7th Floor~~
~~Boston, MA 02129~~        **(Returned)**

Mike Brown
Merrill Lynch Investment Management
P.O. Box 9011
Princeton, NJ 08543

Jeffrey Kobylarz
Salomon Smith Barney
388 Greenwich Street
New York, NY 10013

David Chin
Credit Suisse Asset Management
466 Lexington Ave., 14th Floor
New York, NY 10017

Bank of New York
c/o Cecile Lamarco
925 Patterson Plank Road
Secaucus, NJ 07094

JP Morgan Chase Bank
Attn: Legal Department
270 Park Avenue, 39th Floor
New York, NY 10017

State Street Bank & Trust Company
c/o Michael M. Hopkins
225 Asylum Street, 23rd Floor
Hartford, CT 06103

Boston Safe Deposit & Trust Company
c/o Melissa White
525 William Penn Pl., Suite 3631
Pittsburgh, PA 15259

The Northern Trust Company
c/o Jamie Kummer
Reorganization Dept.
801 S. Canal C-1N
Chicago, IL 60607

ML CLO XII Pilgrim America (Cayman) Ltd.
Attn: Andrea Delgaldo
7337 E. Doubletree Ranch Rd.
Scottsdale, AZ 85258-20934

Robert S. Rosenfeld
Cherpock & Rosenfeld LLP
1285 Avenue of the Americas
New York, NY 10019

GE Capital Business Asset Funding Corporation
Attn: Barbara D. Atkinson
10900 N.E. 4th St., Suite 500
Bellevue, WA 98004

Scott H. Katzman, Esq.
Steptoe and Johnson
1330 Connecticut Avenue
Washington, DC 20036

Tom A. Howley, Esq.
Haynes and Boone, LLP
1000 Louisiana St., Suite 4300
Houston, TX 77002-5012

Jerry Jansen
Foothill Capital Corporation
1000 Abernathy Rd., Suite 1450
Atlanta, GA 30328

Blair A. Bruce
Shari Heyen
Baker & Hostetler LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

Matthew S. Okin
Akin Gump Strauss Hauer & Feld LLP
1900 Pennzoil Plaza, South Tower
711 Louisiana Street
Houston, TX 77002-2720

Asyst Technologies, Inc.
c/o Robert L. Eisenbach III
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580

State Street Bank & Trust Company
c/o Joseph J. Callahan
1776 Heritage Drive
Global Corporate Action Unite JAB 5NW
North Quincy, MA 02171

Joe Clark
DTC
55 Water St, 25th Fl - Announcements
New York, NY 10041

David S. Gragg
Langley & Banack, Inc.
745 E. Mulberry, #900
San Antonio, TX 78212-3166

Lori Gruver Robertson
Linebarger Goggan Blair Pena Sampson
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760

Julie Vinyard, Esq.
Steptoe and Johnson
1330 Connecticut Avenue
Washington, DC 20036

John Honis
Barrier Advisors LP
13455 Noel Road, Suite 1420
Dallas, TX 75240

Eric Terry
Haynes & Boone
112 E. Pecan St., Suite 1600
San Antonio, TX 78205

Rolan, Inc.
Attn: Richard S. Wright, Esq.
600 South College St., Suite 3000
Charlotte, NC 28202

Barry S. Glaser, Esq.
Joon M Khang, Esq.
Steptoe & Johnson LLP
633 West Fifth St., Suite 700
Los Angeles, CA 90071-3500

American Business Leasing, Inc.
Attn: Kerry L. Kane
Bala Pointe Office Centre, Suite 159
111 Presidential Boulevard
Bala Cynwyd, PA 19004

Rob Morino
State Street Mutual Fund Services
500 College Road
Princeton, NJ 08540

Corinne Kerner
Cherpock & Rosenfeld LLP
1285 Avenue of the Americas
New York, NY 10019

Paul B. Geilich
Looper, Reed & McGraw, P.C.
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Filberto Agusti, Esq.
Steptoe and Johnson
1330 Connecticut Avenue
Washington, DC 20036

Charles A. Dale III, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

Kent Laber
Barrier Advisors LP
13455 Noel Road, Suite 1420
Dallas, TX 75240

Kristine M. Shryock
Paul Hastings Janofsky & Walker LLP
600 Peachtree St., Suite 2400
Atlanta, GA 30308

Christopher A. Artzer
Akin Gump Strauss Hauer & Feld LLP
1900 Pennzoil Plaza, South Tower
711 Louisiana Street
Houston, TX 77002-2720

~~ING Investment Management LLC~~
~~c/o Kathleen M. O'Connell, Esq.~~
~~Kilpatrick Stockton LLP~~
~~1100 Peachtree St., N.E., Suite 2800~~
~~Atlanta, GA 30309-4530~~ *(Withdrawn)*

~~Timothy J. Hogan~~
~~Lynch Ichida Thompson Kim & Hirota~~
~~1132 Bishop, Suite 1405~~
~~Honolulu, Hawaii 96813~~ *(Withdrawn)*

David G. Aelvoet
Linebarger Goggan Blair Pena Sampson
711 Navarro, Suite 300
San Antonio, TX 78205

Mark S. Samila, Esq.
Kahn Dees Donovan & Kahn, LLP
501 Main Street
Fifth•Main Financial Plaza, Suite 305
Post Office Box 3646
Evansville, IN 47735-3646

Jamie S. Cassel
Reno Zahm Folgate Lindberg & Powell
2902 McFarland Road, Suite 400
Rockford, IL 61107

Todd Stanberry
Sealy & Company, Inc.
333 Texas St., Suite 1050
Shreveport, LA 71101-3680

Steven T. Waterman
RAY QUINNEY & NEBEKER
P.O. Box 45385
Salt Lake City, UT 84145-0385

Pension Benefit Guaranty Corporation
Attn: Cynthia E. Greene
Office of the General Counsel
1200 K Street, NW, Suite 340
Washington, DC 20005-4026

Pryor Cashman Sherman & Flynn LLP
Attn: Tina Niehold Moss, Esq.
410 Park Avenue
New York, NY 10022-4441

Robert A. (Andy) Aycock
Clifford Field Krier Manning Stone & Wilkerson, P.C.
2112 Indiana
Lubbock, TX 79410-1444

Abraham W. Bogoslavsky
StaffMark Investments, LLC
111 Center Street
Little Rock, AR 72201

Adam Newton
The Proctor & Gamble Company
Legal Division
One Proctor & Gamble Plaza
Cincinnati, OH 45202

Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215

Daniel Dienst
Michael Hsieh
CIBC World Markets Corp.
425 Lexington, 3rd Floor
New York, NY 10017

Michael D. Seese, Esq.
Bilzin Sumberg Baena Price & Axelrod
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-2385

Matthew F. Kye, Esq.
Pitney Hardin Kipp & Szuch LLP
685 Third Avenue, 20th Floor
New York, NY 10017-4011

Ron Embree
Moll Industries, Inc.
3730 Wheeler Avenue
Fort Smith, AR 72901

Russ Palandino
Vice President, Issuer Services
HSBC Bank USA
10 East 40th Street
New York, NY 10016-0200

Mr. Patrick L. Huffstickler
Cox & Smith Incorporated
112 E. Pecan St., Suite 1800
San Antonio, TX 78205

Gary W. Marsh
McKenna Long & Aldridge, LLP
303 Peachtree St., NE, Suite 5300
Atlanta, GA 30308

Patrick H. Autry
Rebecca L. Holt
Matthews & Branscomb, P.C.
112 E. Pecan Street, Suite 1100
San Antonio, TX 78205

Builders FirstSource Southeast Group Inc.
High Point Division
Attn: Ms. Debbie Gray
Post Office Box 530
High Point, NC 27261

Scott A. Farrimond
John M. Castillo
Stumpf Craddock Massey & Pulman
112 E. Pecan St., Suite 700
San Antonio, TX 78205

James A. Hoffman
Clemens & Spencer
112 E. Pecan St., Suite 1500
San Antonio, TX 78205

David M. Wiseblood, Esq.
Berg & Parker LLP
Four Embarcadero Center, #1400
San Francisco, CA 94111

David Strickland
Moll Industries, Inc.
602 N. 5th St.
Opelika, AL 36801

Wayne R. Barnes
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, TX 75202-3794

David B. Vandergriff
Cross Gunter Witherspoon & Galchus
5401 Rogers Ave., Suite 200
Fort Smith, AR 72903

Jack M. Partain, Jr.
Fulbright & Jaworski L.L.P.
300 Convent, Suite 2200
San Antonio, Texas 78205